1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  90 S. Kyrene Rd., Ste. 5
   Chandler, AZ 85226-4687
3  Office: (480) 756-8822
   Fax: (480) 302-4186
4  floyd@bybeelaw.com

5  Attorney for Plaintiff

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael P. Quill; | No. CV16-3797-PHX-DJH |
| Plaintiff, | |
| v. | **NOTICE OF PENDING SETTLEMENT** |
| Client Services, Inc.; | |
| Defendants. | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement in this action. Upon completion of the terms of the settlement, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

RESPECTFULLY SUBMITTED:  April 27, 2017 .

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  April 27, 2017 , a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Grace Felipe
Carlson & Messer LLP
Suite 1200
9841 Airport Blvd
Los Angeles, CA 90045-5409

David J. Kaminski
Carlson & Messer LLP
Suite 1200
9841 Airport Blvd
Los Angeles, CA 90045-5409

Thomas P. Burke, II
UDALL LAW FIRM, LLP
2198 E. Camelback Rd Ste 375
Phoenix, AZ 85016-4772

Attorneys for Defendant


by  s/ Floyd W. Bybee 

- 2 -